```
                                          FILED
                                  UNITED STATES DISTRICT COURT
                                       DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO        SEP 1 2 2011

                                       GREGORY C. LANGHAM
Civil Action No. 11-cv-02086-BNB                    CLERK
```

DAQUAN LAMEL DONALDSON,

    Plaintiff,

v.

NURSE KELLER,

    Defendant.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 12, 2011, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02086-BNB

Daquan L Donaldson
Reg. No. 20156-058
USP Florence - High
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 12, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk