IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02086-CMA-MEH

DAQUAN LAMEL DONALDSON,

      Plaintiff,

v.

NURSE KELLER,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 9, 2012**.

      This Court held a Status Conference in this matter on January 6, 2012, at which the Plaintiff, a prisoner proceeding *pro se* in this case, appeared by telephone. The Plaintiff informed the Court on the record that he wishes to dismiss the case.

      Later in the afternoon of January 6, 2012, the Plaintiff filed the within Motion to Voluntarily Dismiss Case [filed January 6, 2012; docket #26], which has been referred to this Court. In the motion, Plaintiff asserts, "I would like to not pursue this case anymore and would like to request that this case be closed." *Id.*

      As the Defendant has not yet answered or entered an appearance in this case, the Court construes Plaintiff's statement as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and **grants** the motion. The Plaintiff's claim(s) are dismissed without prejudice (*see* Fed. R. Civ. P. 41(a)(1)(B)), and the Clerk of the Court is ordered to close this case accordingly.